BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) | S.W. NO. 2:12-0682 EFB |
|---|---|---|
| 2631 Grizzly Hollows Way<br>Stockton, California | )<br>)<br>)<br>) | ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10/17, 2012

United States Magistrate Judge
EDMUND F. BRENNAN

1